JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JACQUELINE KELLER, *et al.* | Case No. CV 16-3946-GW(PJWx) |
| Plaintiffs, | [PROPOSED] JUDGMENT |
| v. | |
| FEDERAL INSURANCE COMPANY, *et al.*, | |
| Defendants. | |

The Motion for Summary Judgment of Defendants Federal Insurance Company and Chubb INA Holdings, Inc., as successor-in-interest to The Chubb Corporation, erroneously named as "CHUBB CORPORATION, also known as CHUBB GROUP OF INSURANCE COMPANIES" (collectively, "Moving Defendants") [Dkt. 19] ("Moving Defendants' Motion"), and the Motion for Partial Summary Judgment of Plaintiffs Jacqueline Keller and Phillip Yaney (collectively, "Plaintiffs") [Dkt. 18] ("Plaintiffs' Motion"), came on for hearing in Department 9D of this Court on January 30, 2016.  Mary E. McPherson of Tressler LLP appeared on behalf of the Moving Defendants, and Jacob N. Segura of Jacob N. Segura, a Law Corporation, appeared on behalf of Plaintiffs.

The Court, having reviewed and considered the moving papers, the oppositions and replies thereto, oral argument presented by counsel for Moving Defendants and Plaintiffs at the hearing, as well as all other matters presented in connection herewith, hereby GRANTS Moving Defendants' Motion in its entirety and DENIES Plaintiffs' Motion in its entirety.  It appearing to the satisfaction of the Court that its ruling on Moving Defendants' Motion disposes of each and every cause of action asserted in Plaintiffs' First Amended Complaint, and that final judgment can and should be entered, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Judgment is entered in favor of Moving Defendants and against Plaintiffs as to each and every cause of action asserted in Plaintiffs' First Amended Complaint.

2. Moving Defendants are entitled to recover their costs of suit herein from Plaintiffs, to be addressed in a separate Application to the Clerk to Tax Costs to be noticed and filed by Moving Defendants pursuant to Rule 54(d) of the Federal Rules of Civil Procedure and Local Rule 54-2.

3. Plaintiffs' First Amended Complaint is dismissed in its entirety, with prejudice.

1     This is a final and appealable judgment between and among Moving Defendants and Plaintiffs, and each of them, as to all causes of action, claims, defenses and issues in this action, including those asserted in Plaintiffs' First Amended Complaint.

    **IT IS SO ORDERED, ADJUDGED AND DECREED.**

Dated: February 13, 2017

_____
George H. Wu
United States District Judge

OC # 61801